670

BUFORD, C.J., AND WHITFIELD, J., concur.
ELLIS AND TERRELL, J.J., agree to the conclusion.
BROWN, J., dissents.
DAVIS, J., disqualified.

G. E. ELEAZER, J. A. TALTON, M. R. SIMS, A. B. MOORE, et
al., *Plaintiffs in Error*, vs. STATE OF FLORIDA, ex rel.
CARY D. LANDIS, Attorney General, *Defendant in Error*.
143 So. 760.
Division B.
Decision filed September 14, 1932.

*W. E. Smith*, for Plaintiffs in Error;
*C. A. Savage, Jr.*, for Defendant in Error.
PER CURIAM.—This cause having heretofore been sub-
mitted to the Court upon the transcript of the record of
the judgment herein, and briefs and argument of counsel
for the respective parties, and the record having been
seen and inspected, and the Court being now advised of
its judgment to be given in the premises, it seems to the
Court that there is no error in the said judgment; it is,
therefore, considered, ordered and adjudged by the
Court that the said judgment of the Circuit Court be,
and the same is hereby affirmed.
WHITFIELD, P.J., AND TERRELL AND DAVIS, J.J., concur.

LLOYD KITTRELL, a minor, by S. J. KITTRELL, *his next friend*,
*Plaintiff in Error*, vs. E. F. GILBERT and W. T. LANEY,
co-partners under the firm name of Cottondale Gin
Company, *Defendants in Error*.
143 So. 758.
Division B.
Decision filed September 14, 1932.

*James H. Finch,* for Plaintiff in Error;

*John H. Carter, John H. Carter, Jr.,* and *Howard S. Bailey,* for Defendants in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is, hereby affirmed.

WHITFIELD, P.J., AND TERRELL AND DAVIS, J.J., concur.

INTER-CITY SECURITY COMPANY, a corporation, et al., *Appellants,* vs. E. L. BARBEE, *Appellee.*

143 So. 791.

Division B.

Decision filed September 14, 1932.

Petition for rehearing denied October 20, 1932.

*W. M. Bostwick, Jr.,* and *Axtell & Rinehart,* for Appellants;

*Clifford T. Inglis,* for Appellee.

PER CURIAM.—This cause having heretofore been sub-